Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Francisca M. Moralez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA M. MORALEZ,

        Plaintiff,

  vs.

BONG HAE LEE dba CORK-N-BOTTLE, et al.,

        Defendants.

No. 5:18-cv-00545-SVK

**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER**
(AS MODIFIED)

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca M. Moralez ("Plaintiff") and Defendants Bong Hae Lee dba Cork-N-Bottle; Chin Ki Lee dba Cork-N-Bottle; Patricia S. Work, as Trustee of the Bypass Trust established under the Work Family 2002 Revocable Trust u/d/t dated August 29, 2002, and as Trustee of the Work Marital Trust under the Work Family 2002 Revocable Trust u/d/t dated August 29, 2002; Alison Work Sola; and Susan Work Ward (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994).

Dated: March 7, 2018            MISSION LAW FIRM, A.P.C.

                                <u>/s/ Tanya E. Moore</u>
                                Tanya E. Moore
                                Attorneys for Plaintiff
                                Francisca M. Moralez

Dated: March 7, 2018            HORAN LEGAL


                                <u>/s/ James J. Cook</u>
                                James J. Cook
                                Attorneys for Defendants
                                Bong Hae Lee dba Cork-N-Bottle; Chin Ki Lee
                                dba Cork-N-Bottle; Patricia S. Work, as Trustee of
                                the Bypass Trust established under the Work
                                Family 2002 Revocable Trust u/d/t dated August
                                29, 2002, and as Trustee of the Work Marital Trust
                                under the Work Family 2002 Revocable Trust u/d/t
                                dated August 29, 2002; Alison Work Sola; and
                                Susan Work Ward

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

          */s/ Tanya E. Moore*
          Tanya E. Moore
          Attorneys for Plaintiff
          Francisca M. Moralez

# ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Francisca M. Moralez ("Plaintiff"), and Defendants Bong Hae Lee dba Cork-N-Bottle; Chin Ki Lee dba Cork-N-Bottle; Patricia S. Work, as Trustee of the Bypass Trust established under the Work Family 2002 Revocable Trust u/d/t dated August 29, 2002, and as Trustee of the Work Marital Trust under the Work Family 2002 Revocable Trust u/d/t dated August 29, 2002; Alison Work Sola; and Susan Work Ward (collectively "Defendants") shall comply with the terms of the confidential Settlement Agreement and Limited Release, the terms of which are incorporated herein by reference.

2. ~~By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.~~

3. Except as provided for in paragraphs 1 ~~and 2~~ above, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 12, 2018

_Susan van Keulen_
United States Magistrate Judge